PROB. 35      Report and Order Terminating Probation/Supervised  
(Rev. 1/92)     Release Prior to Original Expiration Date

# United States District Court

## FOR THE

## District of Nebraska

UNITED STATES OF AMERICA

    v.                                    Docket #     8:06CR103

DAVID CAMPBELL

On  February 13, 2006 , the above named was placed on supervised release for a period of   three   years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended the supervised releasee be discharged from supervision.

                                             Respectfully submitted,

                                             Jeff A. Anthens  
                                             U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 26th day of February, 2007.

                                             BY THE COURT:

                                             /s/ Lyle E. Strom

                                             The Honorable Lyle E. Strom  
                                             United States Senior District Judge